*IN THE UNITED STATES Eastern DISTRICT COURT of Wisconsin*

*FOR THE Eastern DISTRICT OF Wisconsin, Civil DIVISION*

_____ *(full name of Plaintiff)*

**Fidelis I.Omegbu**
**4057 N. 41st Street, Milwaukee, WI 63216**
**Pro Se Plaintiff**

*Case Number* **21-C-07**8 6

*Wisconsin  Motor Vehicle Crash Report*
**J9L092T5PB   J9L01HNC5K**

*Incident Car Crash of 2/13/19(WMVCR)*

**V.**

1. **Corey L. Green 9919W. Appleton Ave. Milw. WI 53225 crash time 12:38PM Plaintiff's car towed due to disabling damage.**

2. **D. PRITZLAFFCi.Police Officer called to crash scene J9L01HNC5K   J9L092T5PB Supervisor Milw. Police department.749 West State St., WI. 53201,had no reason that plaintiff violated any law while on transport to the hospital unconscious**

3. **Philadelphia Insurance Company on J9L01HNC5K, J9L092T5PB**

4. **PKSD Law Firm on J9LO1HNC5K J9L092T5PB, 1110 N. Old 3rd Street Suite 320 Milwaukee, WI 53203 Telephone:(414)212-0000 Facsmile☹414)2120004www .PKSD.com**

5. .Howard S. Sicula on **J9L01HNC5K** , **J9L092T5PB,,** 1110 North Old 3rd St., Suite320 Milwaukee, WI.53203

6. **This Police Officer of the City of Milwaukee**


   **Defendants.**

   **PARTIES:**

1. Now comes **Pro Se PLAINTIFF on _ J9L092T5PB _** and files this Complaint against *all defendants personally, jointly severely and collectively.* Defendants named on 2/13/2019 incident hereof caused serious physical injuries on Plaintiff. Plaintiff would show unto the Court the matters of facts.

2. Plaintiff, is organized and existing under the laws of the state of Wisconsin, with its home located at 4057 North 41st St., Milw. M*ilw. county, WI. 53216*, referred herein in the Caption above.

3. On Feb. 13th 2019, a motor car crash Seriously Caused physical, mental, head, body, and leg injuries to plaintiff and his pasenger at about12:38 PM. Wisconsin Crash report **J9L092T5PB**.

4. Plaintiff was hospitalized at St. Luke's General following transportation. After 4 hours, Dr .Walter P. Jocobson started surgical process in order to save Plaintiff's life. The surgery lasted hours on my neck and shoulders, as I was informed later.

5. At all times material, plaintiff was admitted in-patient for 3months, 6days and two hours without seeing the light of

day and was moved to outpatient on May 20th, 2019, for recovery procedures and therapy.

    *6.   Wisconsin Motor Vehicle Crash Report Statement of Claim for breach of Contract and fiduciary duties. Plaintiff Incident Car Crash o2/13/19(WMVCR)*

On February 13th 2019,While Plaintiff Fidelis Omegbu was driving his car in Milwaukee, Wisconsin, Corey L. Green drove his car at area for 30 MH on a left turn crashed his vehicle on Plaintiff's body injuring him and his vehicle damaged completely.

7.   **D. PRITZLAFFCi. Police Officer called to crash scene J9L01HNC5K   J9L092T5PB Supervisor Milw. Police department.749 West State St., WI. 53201,had no reason that plaintiff violated any law while on transport to the hospital unconscious.**

8.   **The excessive force caused a head injury, Body injuries, Eye injuries,Bone injuries,and other injuries.**

9.   **Fidelis Omegbu does not have to pay for 3months, 6days, 2hours in-patient hospitalization at St. Luke's hospital and other third-party experts that saved plaintiff's live.**

10.  Defendant **D. PRITZLAFFCi   J9L092T5PB** is a Police Officer of the City of Milwaukee and his **Supervisor Approved from Milwaukee police department 749 West State St., WI. 53201 to report the crash of 2/13/19.**

11.  **This defendant aforesaid was on duty when this crash accident occurred  about 12:38 PM.  On information**

and belief two young people called 911 reporting the accident. Plaintiff was bleeding.

12. Before this Police Officer arrived, two fire engines had arrived, stopping traffic and talking to me,

13. Passenger Ekwutosi G. Icchefu was (also injured) :J9L092T5PB in the vehicle and could not talk. This Plaintiff was removed by the ambulace to the hospital. Passenger was sent to the Hospital on a separate vehicle

14. This Police Officer of the City of Milwaukee, failed to investigate the crash scene correctly. Plaintiff was traveling on 27th Street going Southbound. Police report did not indicate the correct direction of crash.

15. Wisconsin crash report was not issued until 6months after the crash.
The initial assessment of the Police was that the passenger was the driver but she was not sitting at the driver's seat although injured.

33. This defendant wrote
" I, a sworn law officer,
agree that I have not
added any CJIS in this report"

34. Yet, Defendant D. PRITZLAFFCi J9L092T5PB is a Police Officer supervisor approval wrote "UNITE1 TRAVELED SOUTHBOUND ON 27TH ST. APPROACHING W.HOPE AV …MAKING A LEFT HAND TURN TO TRAVEL NORTHBOUND ON N.27TH ST. UNIT 1 FAILED TO STOP AT THE

FLASHING RED TRAFFIC SIGNAL AT
W.HOPE AV....UNIT 1 COLLIDED
WITH UNIT 2"This is adding CJIS to the
record. This reort is wrong.

35. Plaintiff, re-writes, alleges, and realleges paragraphs 1 thru
34. The work of **D. PRITZLAFFCi  J9L092T5PB** as
Police Officer is wrong, false, arbitrary,
additional or incorrect to the incident.

36. Following the erroneous reporting of D.Pritzlaffci continued to
misled the Wisconsin crash on the substantiating and damaging
of Plaintiff's character concerning
**J9L01HNC5K J9L092T5PB.**

37. **This defendant is liable personally, Jointly, severely, and
punitively together with the Police department. that he works
for. The cost of these liabilities shall be known during
discovery and trial of this matter.**

38. **PKSD Law Firm on J9LO1HNC5K J9L092T5PB, 1110 N.
Old 3rd Street Suite 320 Milwaukee, WI 53203
Telephone:(414)212-0000  Facsmile☹414)2120004
www.PKSD.com
.Howard S. Sicula on J9L01HNC5K ,  J9L092T5PB,, 1110
North Old 3rd St., Suite320 Milwaukee, WI.53203**

39. On or about August, 2019; plaintiff entered into a contractual
agreement with fiduciary duties commonly called Contingency
contract to represent the plaintiff in the crash that occurred on
02/13/19 in the City of Milwaukee.

40. Statement of Claim

On February 13th 2019,While Plaintiff Fidelis Omegbu was driving his car in Milwaukee, Wisconsin, Corey L. Green drove his car at area for 30 MH on a left turn crashed his vehicle on Plaintiff's body injuring him and his vehicle damaged completely. PKSD has breached this contract and duties.

**Philadelphia Insurance Company on J9L01HNC5K, J9L092T5PB failed, refused, neglected to perform their duties including fiduciary duties to Plaintiff as agreed in the aforesaid.**

**Philadelhia Insurance Company insured Corey L. Green and indemnified him**

**Accordingly, plaintiff recalls Defendant Howard S. Sicula on J9L01HNC5K J9L092T5PB, 1110 North Old 3rd St., Suite 320 Milwaukee, WI.53203**

**44.** Since more than 10 years *Plaintiff* has engaged, learnt, studied ,applied, used and worked on computers, emails, consultations, software analysis, and sale of systems to communicate online thru the Microsoft **systems.**

**44.**The computing process developed and utilized by *Plaintiff* has resulted in the production of superior consulting computer network that advises customers on the use and methods.

45. Such computing processes constitute valuable trade secrets which are the property of *Plaintiff*. Included among the computing processes which are trade secrets by: engagement, learnt, studied ,applied, used and worked on computers, emails, consultations, software analysis, and sale of systems to communicate online thru the Microsoft **systems**

**46.Howard S. Sicula on J9L01HNC5K    J9L092T5PB,
1110 North Old 3rd St., Suite320 Milw., WI.53203** who at all
times during said Agreement stood in a relationship of trust and
confidence with *Plaintiff,* became, by reason of said Agreement,
intimately acquainted with all the processes, procedures,
equipment, and paraphernalia involved in the computer and knew
that the information imparted to him during his Agreement with
*Plaintiff,* that said  computing processes and procedures were
confidential.

47. and agreed, pursuant to said Agreement, that he would not,
during or after the term of this Agreement, directly or indirectly,
use, disseminate, or disclose to any person, firm, or other
business entity for any purpose whatsoever, any information
regarding said computing processes which were disclosed to
*Defendant* or known by *Defendant* as a consequence of or
through his Agreement with *Plaintiff.*

**48.Howard S. Sicula is a partner in the PKSD law firm and
possess all the information from the PKSD systems** but is not
limited to, information regarding customers, services, suppliers,
and related matters.

49. and also includes information relating to research,
development, inventions, manufacture, purchasing, accounting,
and marketing.

**50. Howard S. Sicula** has engaged, and is presently engaged, in
the furtherance of a plan or scheme to induce the wrongful
disclosure of *Plaintiff*  trade secrets as described above and to
wrongfully utilize *and/or* disseminate such trade secrets to its
advantage and to the loss of *Plaintiff.*

### *Relief sought by Plaintiff*

WHEREFORE, *Plaintiff* requests:

A.    A preliminary injunction prohibiting
      *Defendant* **Howard  S.  Sicula**
      **and PKSD 1110 North Old 3rd St.,**
      **Suite320 Miw.,   WI.53203** from
      divulging or otherwise Making known
      any other person, firm, corporation, or
      entity, any of the materials,
      processes, or procedures
      utilized by *Plaintiff* .

B. The course of said **Consultant Agreement** between said
*Defendant* **Howard  S.  Sicula  1110 North Old 3rd Street,**
**Suite320 Miw., WI. 53203** *and Plaintiff   concerning*
**J9L092T5PB  J9LOKHWRFG J9L1JCBQ77**and **in**
**J9L01HNC5K** pending before the court ruling on *Plaintiff*
application for a permanent injunction so restraining *Defendant .*

C. A permanent injunction prohibiting *Defendant aforesaid* from
divulging or otherwise making known to any other person, firm,
corporation, or entity, any of the materials, processes, or
procedures utilized by plaintiff in the discovery, and trial
of  **J9L092T5PB  J9LOKHWRFG J9L1JCBQ77** and**.**
**J9L01HNC5K**   which became known to him during the course of
said **Consultant Agreement** between said
*Defendant* and  Plaintiff.*.*

A judgment for damages against
        *Defendants aforesaid*  for all sums
        shown to have been suffered by

**Plaintiff** by reason of any of the
matters set forth in this Complaint or otherwise in the
sumof $3.34 Million proved at trial; and

D. Such other and further relief as the court may deem just and
proper.

Respectfully
submitted,
Fidelis I. Omegbu 4057 N.41st St. Milw.
Telephone No. – (414)795-9974
Email:fidelisomegbu202016@outlook.com
~~City of Milwaukee as Defendant to the incident of 2/13/2019~~
Statement of Claim

On February 13th 2019,While Plaintiff Fidelis Omegbu was driving his car
in Milwaukee, Wisconsin, Corey L. Green drove his car at area for 30 MH
on a left turn crashed his vehicle on Plaintiff's body injuring him and his
vehicle damaged completely.

51. City ofMilwaukee **.Police Officer called to crash scene
J9L01HNC5K    J9L092T5PB J9LOKHWRFG
J9L1JCBQ77Supervisor Milw. Police department.749 West
State St., WI. 53201,had no reason that plaintiff violated any
law while on transport to the hospital unconscious. The
excessive force caused a head injury, Body injuries, Eye
injuries, Bone injuries,and other injuries.**

**52. Fidelis Omegbu should not have to pay for 3months, 6days, 2hours in-patient hospitalization at St. Luke's hospital and other third-party experts that saved plaintiff's live.**

**53. . The City of Milwaukee is negligently liable to these incidents by its Police Officers, investigating officers, tow lot administrators, and its failures to manage its departments concerning**
**plaintiff.**

**54.** Defendant **City of Milwaukee**
**J9L092T5PB City Tow took Plaintiff's**
 **car from the crash scene; and used to**
**its advantage because it believed that**
**Plaintiff was dead, thus they must sell**
**his car parts.**

**55.** Plaintiff, re-writes, alleges, and reallege paragraphs 1 thru 54,as if re-written herein. City of Milw. Is charged with
these **J9L01HNC5K J9L092T5PB**
 **J9LOKHWRFG J9L1JCBQ77**

**56.** The value of the amount in controversy, exclusive of interest and costs,exceeds the sum of $3.4 Million. The jurisdiction of this court arises under 28 U.S.C.A. § 1332.

**Fidelis I.Omegbu**
**4057 N. 41ˢᵗ Street, Milwaukee, WI 63216**
 **Pro Se Plaintiff**

*Case Number___*

*Wisconsin Motor Vehicle Crash Report*

## J9L092T5PB  J9L01HNC5K

*Incident Car Crash of10/1/19(WMVCR)I* **Relief sought by Plaintiff**

**A;B;C; & D and award of money included.**

WHEREFORE, *Plaintiff* requests:

JUISDICTION:

I am suing for a violation of federal Law Iunder 28 USCSec.1331

JURY DEMAND:

I want a Jury to hear my case.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Complaint agree thi s20th day of June 2021.**

**Respectively Submitted**

**Signature of Plaintiff**

4 | 4 - 7 9 5 - 9 9 7 4 _____**Plaintiff's Telephone Number**

fidelisomegou202016 @ outlook. Com ____**Plaintiff's Email Adress**

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYINGTHE FILING FEE.**

**I Do request that I be allowed to file this complaint without paying the filing fee. I have completed a Request in District Court without Prepaying the filing ree form and attached it to the complaint.**

*IN THE UNITED STATES Eastern DISTRICT COURT of Wisconsin*
*FOR THE Eastern DISTRICT OF Wisconsin, Civil DIVISION*
_____ *(full name of Plaintiff)*

**Fidelis I.Omegbu**
**4057 N. 41ˢᵗ Street, Milwaukee, WI 63216**
**Pro Se Plaintiff**

*Case Number* **21-C-078** 6

*Wisconsin Motor Vehicle Crash Report*
**J9L092T5PB   J9L01HNC5K**

*Incident Car Crash of*
*2/13/19(WMVCR)*_____

_____*NON-PRISONER REQUESTTO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILLING FEE*
_____

*NO. I am unemployed*

*No. I am Single.*

*No.I do not have any dependent.*

## SOURCE OF INCOME          AMOUNT$


- **\\Social Security Benefits(SSN)   $1600.**
- **No other income**


Expenses

          Rent          $775.

Car or truck payment     306.

Other house payments 13400.

Total               24481.


PROERTY:

   No. I do not own a car.


Yes; I own a truck

          F-150  Model 2006

No.I Do not Own  Home(s).


Yes; I have a checking and a saving account.   $35. In these account.

No. I DO n ot own other property of value


V     No.  I DO not have oether circomstancee to describle

I declare that I am the Plaintiff bringing this complaint. I declaer that I am unable to prepay fee filing fee and that I am entitled to the relief sought in the copmlaint . I declare under penalty of perjury that the forgoing is true nnd correct.

_____     $6/21/21$
Date}Signature

*IN THE UNITED STATES Eastern  DISTRICT COURT of Wisconsin*
*FOR THE Eastern DISTRICT OF Wisconsin, Civil  DIVISION*
_____ *(full name of Plaintiff)*

**Fidelis I.Omegbu**
**4057 N. 41st Street, Milwaukee, WI 63216**
  **Pro Se Plaintiff**

*Case Number___*

*57. Wisconsin  Motor Vehicle Crash Report*

*Incident Car Crash of 10/01/2019(WMVCR)*

  **58.DRIVER:Sean V.Jones**
    **J9LOKHWRFG 537 N 25th St.**
    **Milw.,WI.53233 Ph.414-629-0102**

. Statement of Claim

59. On October 1st 2019,While Plaintiff Fidelis Omegbu was driving his truck in Milwaukee, Wisconsin, **DRIVER:Sean V.Jones J9LOKHWRFG 537 N 25th St.**

**Milw.,WI.53233 Ph.414-629-0102** drove his car at area for 30 MH on a left turn crashed his vehicle on Plaintiff's body injuring him and his vehicle damaged completely. In another incident Defendant **Alexis R. Jones   Struck Plaintiff and his vehicle at Wisconsin and 27th St. in Milwaukee on October  1st, 2019 at 08:55AM crash time. See J9LOKHWRFG**

**60.** The crash scene shows the vehicle in transport on roadway collided its' front to plaintiff 's passenger door side.

61.Accordingly, in a four-way intersection

**Alexis R. Jones knew and should have  known** having traffic lights all four sides are controlled through the color lights. Plaintiff allowed the yellow light to complete before it moved to Wisconsin Ave.  southbound  and immediately was struck by a reckless driver at the speed of about 60 MPH striking plaintiff at the rear.

62 Plaintiff alleges, realleges paragraph1 thru 61  and incorporate same herein.

63. **Alexis R. Jones** suffered **Vehicle Damage  RIGHT FRONT CORNER as shown in  J9LOKHWRFG**

64. Defendant **Alexis R. Jones is resident of Milwaukee. Residing 537 N**
**25th St. Milw.,WI.53233 Ph.414-6290102**
**and is the driver operating at the**
**speed of about 60 MPH when he**
**struck.**

65. Defendant **Alexis R. Jones was**
**travelling with his wife or girlfriend**
**Ms Sean Jones living at 537 N. 25th**
**St.Milwaukee,53233.** Same couple had
A child in the car while speeding at 60
MPH at the intersection of Wisconsin Ave.
and 27th St.

66. Defendant **Alexis R. Jones had**
**no insurance at time. The vehicle this**
**defendant was driving is**
**ID:1J4NT1GAOBD103717 Jeep 2011**
**PATRIOT BLACK with License**
**Number ACR5209 and suffered**
**functional Damage at the front.**
**Vehicle Can not be driven**

67. **This defendant is liable for the cost of repairing Plaintiff's**
**vehicle and all the damages resulting to this crash. Plaintiff**
**estimate that the total monetary cost is over the minimum**
**amount in this court or during discovery and trial of this**
**matter.**

68. Plaintiff alleges, realleges paragraph1
thru 66 and incorporate same herein.

69. **This Police Officer of the City of**
**Milwaukee, failed to investigate the**
**crash scene correctly. Plaintiff was**

**travelling on 27th Street going
Southbound. And he wrote:
" I, a sworn law officer,
agree that I have not
added any CJIS in this report"**

**70.Yet,** defendant **E. ERVING** Police Officer with his supervisor
approval wrote"UNIT1 Travel SOUTHBOUND ON 27TH ST.
APPROACHING WISCONSI AVE....MAKING A LEFT HAND
TURN TO TRAVEL EASTHBOUND ON N.27TH ST. UNIT 1
FAILED TO STOP AT THE FLASHING RED TRAFFIC SIGNAL
AT W.ISCONSIN AV AND UNIT 1 COLLIDED WITH UNIT 2"
**J9LOKHWRFG**

**71.** defendant **E. ERVING** Police Officer report is an error and
false collaboration with Police Department and his persona
animus with the Plaintiff after the last incident on 2/13/2019.

*IN THE UNITED STATES Eastern DISTRICT COURT of
Wisconsin
FOR THE Eastern DISTRICT OF Wisconsin, Civil DIVISION*
_____ *(full name of Plaintiff)*
**Fidelis I.Omegbu
4057 N. 41st Street, Milwaukee, WI 63216
Pro Se Plaintiff**

*Case Number___*

*. Wisconsin Motor Vehicle Crash Report*
**J9L1JCBQ77**

*Incident Car Crash of1/23/1/2019(WMVCR)*

.72.. In another incident on 1/23/19 at about 01:50 PM Aye Myint J9L1JCBQ77 2175 S. 21ST St. Milwaukee, WI. 53215 Tel: 414-460-1769 crashed her car to plaintiff's vehicle on go-slow traffic waiting near the bridge on 27th, St. The traffic stop was obvious because an officer was tending to the traffic; when Ms. Aye Myint struck me from the back.

73.. Aye Myint, was traveling at a great high speed on 27th, St. Northbound without lights and crashed on plaintiff's back-rear forcing it to the island dry land. See J9L1JCBQ77

74.Aye Myint's Motor vehicle in transport on a high speed; where the speed limit was 30 MPH; was speeding excessively more than 60 MPH pushing plaintiff to the island.

75. Aye Myint's motor vehicle in transport had a License Plate No. AEV3935; vehicle Identification No.1N4AL3AP7EN241434; Nissan 2014 ALTIMA 2.5; and suffered disabling damage due to the crash.

76. Aye Myint, as the operator is an Asian by race, date of birth 04/27/2000, has a driving license M4200000064700 had no apparent injury. She did not seek medical attention and did not go to the hospital. Rather, she called her husband to the scene of accident.

77. This defendant; Aye Myint is liable to this crash; mus tbe responsible for the cost, pay for plaintiff damages, according to law.

78.The value of damages in money Is greater than the minimum allowed in this court. Additionally,this defendant and her hisband had a car insurance covering this crash.

**79. Progressive insurance Company that indemnified them should be called to this reckless driving and forced to pay to this court.**

**80 .Accordingly, plaintiff recalls Defendant Howard S. Sicula on <u>J9L01HNC5K</u> <u>J9L092T5PB,</u> <u>J9LOKHWRFG,</u> <u>J9LJCBQ77</u> 1110 North Old 3rd St., Suite 320 Milwaukee, WI.53203**

**81** Since more than 10 years *Plaintiff* has engaged, learnt, studied ,applied, used and worked on computers, emails, consultations, software analysis, and sale of systems to communicate online thru the Microsoft **systems.**

**82. Accordingly, plaintiff recalls Defendant Howard S. Sicula on <u>J9L01HNC5K</u> <u>J9L092T5PB,</u> 1110 North Old 3rd St., Suite 320 Milwaukee, WI.53203**

**44.** Since more than 10 years *Plaintiff* has engaged, learnt, studied ,applied, used and worked on computers, emails, consultations, software analysis, and sale of systems to communicate online thru the Microsoft **systems.**

**44.**The computing process developed and utilized by *Plaintiff* has resulted in the production of superior consulting computer network that advises customers on the use and methods.

45. Such computing processes constitute valuable trade secrets which are the property of *Plaintiff*. Included among the computing processes which are trade secrets by: engagement, learnt, studied ,applied, used and worked on computers, emails, consultations, software analysis, and sale of systems to communicate online thru the Microsoft **systems**

**46. Howard S. Sicula on J9L01HNC5K      J9L092T5PB,
1110 North Old 3rd St., Suite320 Milw., WI.53203** who at all
times during said Agreement stood in a relationship of trust and
confidence with *Plaintiff,* became, by reason of said Agreement,
intimately acquainted with all the processes, procedures,
equipment, and paraphernalia involved in the computer and knew
that the information imparted to him during his Agreement with
*Plaintiff,* that said computing processes and procedures were
confidential.

47. and agreed, pursuant to said Agreement, that he would not,
during or after the term of this Agreement, directly or indirectly,
use, disseminate, or disclose to any person, firm, or other
business entity for any purpose whatsoever, any information
regarding said computing processes which were disclosed to
*Defendant* or known by *Defendant* as a consequence of or
through his Agreement with *Plaintiff.*

**48. Howard S. Sicula is a partner in the PKSD law firm and
possess all the information from the PKSD systems** but is not
limited to, information regarding customers, services, suppliers,
and related matters.

49. and also includes information relating to research,
development, inventions, manufacture, purchasing, accounting,
and marketing.

**50. Howard S. Sicula** has engaged, and is presently engaged, in
the furtherance of a plan or scheme to induce the wrongful
disclosure of *Plaintiff* trade secrets as described above and to
wrongfully utilize *and/or* disseminate such trade secrets to its
advantage and to the loss of *Plaintiff.*

A judgment for damages against
**Defendants aforesaid** for all sums
shown to have been suffered by
**Plaintiff** by reason of any of the
matters
set forth in this Complaint or otherwise
proved at trial; and

Such other and further relief as the court may deem just and
proper.

Respectfully
submitted,

Fidelia I. Omegbu and his Wife Ekwutosi G. Ichefu, 4057 N. 41st
St. Milw.
Telephone No. – (414)795-9974
Email: fidelisomegbu202016@outlook.com